# UNITED STATES DISTRICT COURT
for the
## Northern District of Indiana

LUCYNA CASTILLO

Plaintiff

v.                                                    Civil Action No. 2:19-cv-166

FRANCISCAN ALLIANCE, INC.

Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the
Defendant(s)_____ damages in the
amount of _____, plus post-judgment interest at the rate of _____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of the Defendant, Franciscan Alliance, Inc, and
against Plaintiff, Lucyna Castillo._____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Theresa L. Spingmann on Motion for Summary Judgment._____

DATE:   10/20/2022_____          GARY T. BELL, CLERK OF COURT

                                            by_____s/ S. Jarrell_____
                                                *Signature of Clerk or Deputy Clerk*